# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-0254
_____

DAMANTA JAMAR MURPHY,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

October 31, 2019

PER CURIAM.

AFFIRMED. *See Hart v. State*, 255 So. 3d 921 (Fla. 1st DCA 2018).

RAY, C.J., and BILBREY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Damanta Jamar Murphy, pro se, Appellant.

Ashley Moody, Attorney General, and Amanda D. Stokes, Assistant Attorney General, Tallahassee, for Appellee.